425 A.2d 14

Lowery v. Lowery, Appellant.

Submitted June 29, 1979.   John C. Anderson, for appellant;  Linda Gunn, Deputy Attorney General, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.